FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 8 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Gilbert N. Michaels  DEFENDANT(S). | CASE NUMBER SACR16-76-#1 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defense Counsel__, IT IS ORDERED that a detention hearing is set for __Thursday, June 30__, __2016__, at __10:00__ ☒a.m. / ☐p.m. before the Honorable __Douglas F. McCormick__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __6/28/2016__

_____
U.S. District Judge/Magistrate Judge