1  PAUL S. MEYER, State Bar No. 51146
   PAUL S. MEYER, A PROFESSIONAL CORPORATION
2  695 Town Center Drive, Suite 875
   Costa Mesa, California 92626
3  Telephone:  714 754 6500
   Facsimile:  714 979 9047
4  Email:      pmeyer@meyerlawoc.com

5  JOEL LEVINE, State Bar No. 52565
   JOEL LEVINE, A PROFESSIONAL CORPORATION
6  695 Town Center Drive, Suite 875
   Costa Mesa, California 92626
7  Telephone:  714 662 4462
   Facsimile:  714 979 9047
8  Email:      jlesquire@cox.net

9  Attorneys for Defendant GILBERT N. MICHAELS

10

11                  UNITED STATES DISTRICT COURT

12                  CENTRAL DISTRICT OF CALIFORNIA

13

14  UNITED STATES OF AMERICA,    )   CASE NO.  SA-CR-16-76 -JVS
                                 )
15                   Plaintiff,  )   DEFENDANT MICHAELS' REQUEST
                                 )   FOR MODIFICATION OF
16          vs.                  )   DETENTION ORDER IN LIGHT OF
                                 )   CHANGED CIRCUMSTANCES;
17  GILBERT N. MICHAELS, et al., )   POINTS AND AUTHORITIES
                                 )
18                   Defendants. )   Date and Time: As Set By The Court
                                 )   Telephonically Or Otherwise
19  _____  )   [Expediency Requested if Possible]

20                                   Courtroom of Honorable James V. Selna

21  **TO THE HONORABLE COURT AND TO ALL PARTIES:**

22          PLEASE TAKE NOTICE that Defendant Gilbert N. Michaels moves the Court

23  for an order granting Mr. Michaels release from custody in the Santa Ana Police

24  Department Jail, on conditions of home detention with GPS, and any other terms as

25  required by the Court, pending sentencing in this case.  The United States Attorney

26  has declined to stipulate. Mr. Michaels is 78 years old, with a documented 2017

27  diagnosis of respiratory disorders (Congenital Obstructive Pulmonary Disorder –

28
                                       1

1  COPD; emphysema and chronic sinus disease) and reported documentation of

2  breathing difficulties in the Santa Ana Police Department Jail prior to the COVID-19

3  outbreak, and stethoscope nurse exam within the last 11 days.  For someone of Mr.

4  Michaels' age, with his medical history, the current COVID-19 pandemic combined

5  with the current conditions of his confinement in the jail poses a lethal threat.  The

6  risk of flight given the current global pandemic is very low, and reasonable

7  conditions can be fashioned to ensure his future appearance at sentencing.[1]  In the

8  face of the national and local emergency, many other jails are assessing inmates for

9  release with similar health and age characteristics; ordering Mr. Michaels to home

10  confinement with electronic monitoring is appropriate here.

11        This request is based on the records of this case, materials previously presented

12  to this Court in the previous hearing, the statements of Dr. Wolfe, attached hereto as

13  Exhibit A, the materials attached hereto as Exhibits B to G, and any argument,

14  telephonic or otherwise, set by the Court.

15                              **POINTS AND AUTHORITIES**

16        This Court ordered Mr. Michaels detained on the grounds of flight risk alone

17  following the verdict in this case.  Reporter's Transcript of Proceedings, December

18  19, 2019 ("R.T."), at 29-33.  But circumstances are vastly different now.  This request

19  is based on the grounds set forth in the previous notice of motion for bail pending

20  sentencing, and additional facts, to wit: (1) Mr. Michaels' age and respiratory

21  conditions place him in the highest risk category for severe health consequences if

22  exposed to the COVID-19 virus, and his continued incarceration could be

23  life-threatening; (2) current global travel restrictions and the availability for

24  technology to track Michaels significantly limit any concern that Mr. Michaels might

25

26  [1]        In the previous order of this Court, Mr. Michaels was not found to be a danger to the

27  community, unlike another case recently considered by this Court regarding detention order
   modification.

28
                                              2

1   be a flight risk; and (3) the current changed situation makes it impossible for

2   Michaels to assist his attorneys in preparing for his sentencing or appeal.

3          Gilbert Michaels is 78 years old, and has a history of emphysema and chronic

4   obstructive pulmonary disorder (C.O.P.D and emphysema), as described in the

5   attached letter of Dr. Wolfe.  *See* Ex. A.  This diagnosis pre-dates Mr. Michaels'

6   incarceration.  The number of people infected with the COVID-19 virus is rising

7   exponentially in this country, and this includes the current inmate population.  Mr.

8   Michaels' situation includes a jail facility constantly accepting inmates with unknown

9   exposures and often compromised physical conditions.  The spread of COVID-19 is

10  well documented as one of the most easily spread and infectious diseases to inflict

11  humans.

12         The national medical emergency poses a particular threat to the elderly and to

13  individuals suffering from chronic respiratory illness.  The Centers for Disease

14  Control (CDC) report that 80% of COVID-19 deaths in the United States have

15  occurred among individuals over the age of 65, even though this group represents less

16  than a third of COVID-19 cases.  *See* Ex. B at 1.  The risk posed by COVID-19 rises

17  sharply with age: while the fatality rate for those under 55 is less than one percent,

18  the fatality rate for individuals over age 75 is roughly one in ten, and for those over

19  85 roughly one in four.  *Id.* at 3.

20         The COVID-19 fatality rate is even higher for individuals who suffer from

21  chronic respiratory diseases. A late February 2020 World Health Organization

22  (WHO) report indicated that the COVID-19 fatality rate is roughly 5.7 times higher

23  for individuals with chronic respiratory disease. Ex. C at 12. The Chinese Center for

24  Disease Control and Prevention indicated that in China, the COVID-19 fatality rate

25  for individuals with chronic respiratory disease is seven times higher than for

26  otherwise healthy individuals. Ex. D at 4. Mr. Michaels suffers from not one, but

27  two chronic respiratory diseases: emphysema and COPD. *See* Ex. A. Mr. Michaels'

28

3

Defendant Michaels' Request for Modification of Detention Order
in Light of Changed Circumstances; Points and Authorities

1  chronic respiratory conditions, coupled with his age, put him in the highest risk

2  category for death or extremely serious illness if exposed to the COVID-19.

3          Under the conditions of Mr. Michaels' confinement in the Santa Ana jail, his

4  risk of exposure is far higher than if he were quarantined at home.  To "reduce the

5  risk of being exposed" to COVID-19, the CDC advises older adults to "take

6  precautions to keep space between themselves and others, stay away from those who

7  are sick, [and] avoid crowds as much as possible." Ex. B at 4.  However, it is literally

8  impossible for Mr. Michaels to comply with the CDC's recommendations to "keep

9  space between [himself] and others, stay away from those who are sick, and avoid

10  crowds" while he is confined to a crowded dormitory in the Santa Ana Jail.  Mr.

11  Michaels is in a unit with approximately 60 other individuals of unknown

12  backgrounds and physical conditions.  In the jail, it is not possible to take the sorts

13  of other precautions currently recommended, such as avoiding surfaces touched by

14  others.

15          The risk of infection in the jail is high.  Each day new inmates who have been

16  arrested are introduced into the dormitory as other detainees are rotated out.  These

17  new arrests, of course, are coming from unknown environments, and could easily be

18  carriers of the virus, even if asymptomatic.  Further, through frequent drug use or

19  other debilitating conditions, the new inmates are often themselves at a higher risk.

20  Counsel for Mr. Michaels were advised by United States Probation over the weekend

21  that the in custody interview scheduled with Mr. Michaels and counsel has been

22  postponed due to health safety concerns.  Counsel is aware that this may necessitate

23  seeking a continuance of the date for sentencing,

24          Several penal institutions have recognized the risk that COVID-19 poses to

25  vulnerable populations, such as the elderly and the infirm, and the impossibility of

26  taking proper COVID-19 precautions in a prison environment.  Los Angeles,

27  California, and Cuyahoga County, Ohio, have each released hundreds of vulnerable

28

1    prisoners because of COVID-19 concerns.  Ex. E at 2-3.  Similarly, New York intends

2    to release prisoners who are "most vulnerable to infection due to underlying health

3    problems" after a prisoner contracted COVID-19 at Riker's Island jail in New York

4    City.  *Id*. at 2.  These institutions have recognized that the incarceration of these

5    vulnerable populations could be a death sentence.  Here, Mr. Michaels' continued

6    incarceration poses a clear and present danger to his health, and further incarceration

7    could be life-threatening given his age and chronic respiratory conditions.

8         Due to the global pandemic, the risk of flight which was the basis for this

9    Court's detention order has dramatically decreased.  Mr. Michaels' previous request

10   for bail was denied by the Court not because Mr. Michaels was deemed a danger to

11   the community, but because the Court was concerned that he might be a flight risk.

12   R.T. at 33.  Recent developments have greatly constricted the ability of persons to

13   travel internationally, however, mitigating this concern.  The United States has closed

14   the borders with Canada and Mexico to all nonessential travel.  Ex. F at 1.  The

15   European Union has banned nonessential travel to the 26 Schengen countries.  *Id*. at

16   9.  Australia and New Zealand have taken similar measures, as have much of South

17   and Central America and several countries in East Asia.  *Id*. at 2-8.  The number of

18   countries prohibiting nonessential travel continues to grow, and many countries

19   which allow such travel have instituted mandatory quarantine periods for new

20   arrivals.  *Id*.  Under these conditions, it would be close to impossible for a 78-year-old

21   man with pre-existing health conditions, recently convicted and on federal

22   supervision, to abscond.  As this Court is aware, Mr. Michaels has not traveled abroad

23   since 2015, and he long ago surrendered his passport.  R.T. at 5, 30.  The Court could

24   order that he be confined at home with an ankle monitor.

25        Finally, Mr. Michaels has been unable to effectively assist counsel in preparing

26   for his sentencing.  As this Court has previously observed, Mr. Michaels is facing the

27   possibility of a sentence in this case that would effectively be a life sentence.  R.T.

28

5

1   32. The issues relevant to both his sentencing and a future appeal include complex

2   factual issues based on an extensive trial record. His participation is critical to enable

3   his counsel to effectively represent him. While this Court assumed that his prior

4   employees would assist him in preparing for sentencing and appeal, in fact they have

5   been unavailable and of no help. While Mr. Michaels previously had regular access

6   to a telephone to communicate with his counsel, with the current COVID-19 crisis

7   more inmates are regularly using the phone and Mr. Michaels' access to the phone

8   has been severely limited. In addition, he and other inmates were recently in

9   lockdown for several days (presumably because of a staff shortage at the jail), and he

10  was entirely unable to speak with his attorneys. Given these conditions, this Court's

11  prior assumption that Mr. Michaels would be able to assist his attorneys in preparing

12  for sentencing or appeal is no longer a valid assumption.

13       Ohio Chief Justice Maureen O'Connor recently "urge[d] judges to use their

14  discretion to release people held in jail, and release incarcerated individuals, who are

15  in a high-risk category for being infected with the virus." Ex. G. We pray the Court

16  heed Chief Justice O'Connor's advice and grant Mr. Michaels an order of home

17  detention with GPS monitoring by Pretrial Services under any terms and conditions

18  deemed appropriate by the Court.

19       We respectfully ask the Court to consider that we are seeking a much more

20  restrictive situation than approved by Pretrial Services in December 2019 which

21  sought simply an ankle monitor and continuation of previous bail conditions. Mr.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28
                                        6

Defendant Michaels' Request for Modification of Detention Order
in Light of Changed Circumstances; Points and Authorities

1    Michaels has abided by every previous order of this Court over a more-than-three-

2    year period.  We appreciate the Court's thorough approach and are hopeful that this

3    good faith request may be granted.

4

5                                            Respectfully submitted,

6    Dated: March 24, 2020                   PAUL S. MEYER
                                             A PROFESSIONAL CORPORATION
7

8                                            /s/ *Paul S. Meyer*
                                             PAUL S. MEYER
9                                            Attorney for Defendant
                                             GILBERT N. MICHAELS
10

11

12   Dated: March 24, 2020                   JOEL LEVINE
                                             A PROFESSIONAL CORPORATION
13

14                                           /s/ *Joel Levine*
                                             JOEL LEVINE
15                                           Attorney for Defendant
                                             GILBERT N. MICHAELS
16

17

18

19

20

21

22

23

24

25

26

27

28

                                            7