UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Plaintiff, ) | SACR 16-76-JVS | |
| ) | | |
| vs. ) | | |
| ) | | |
| GILBERT N. MICHAELS, et al., ) | | |
| ) | | |
| Defendants. ) | | |
| _____ ) | | |

**ORDER PERMITTING BAIL PENDING SENTENCING WITH CONDITIONS**

Good cause having been shown, IT IS HEREBY ORDERED that Gilbert N. Michaels be released forthwith on bail pending sentencing on the following conditions:

1. He is to be released forthwith. He shall contact Pretrial Services within 24 hours of his release. He shall reside in a residence as approved by Pretrial Services. Permission to leave the approved residence for only medical reasons, and to obtain necessities of life

1

within a ½ mile radius.

2. He is to be monitored by voice recognition technology as approved by Pretrial Services and shall pay all costs.

3. Bail is set in form of a $5,000,000 Appearance Bond which includes the previously posted $300,000 Affidavits of Surety With No Justification. The remaining $4,700,000 shall be in the form Affidavit(s) of Surety With Justification (form CR-3) signed by Mr. Michaels for at least $2,350,000 and by responsible third party(s) for the remaining amount.

Affidavit(s) of Surety shall be provided to the United States Attorney for review by March 31, 2020. Upon approval, bond is to be posted immediately thereafter.
During the period of his release, Mr. Michaels may not transfer posted funds or assets without permission of this Court.

4. As a condition prior to release, Mr. Michaels shall submit to screening for COVID-19 by the Bureau of Prisons and/or the United States

Marshals Service.  If the defendant is found to be exhibiting symptoms consistent with COVID-19 or is confirmed to have COVID-19 the defendant shall not be released to the public.

Should the defendant not have symptoms consistent with COVID-19 at the time of his release, the defendant shall submit to screening for COVID-19 as directed by Pretrial Services.  Should the defendant then or thereafter exhibit symptoms consistent with COVID-19, the defendant shall remain in quarantine or isolation as directed by Pretrial Services in a form directed by Pretrial Services, including self-isolation or self-quarantine.

During the period of pre-trial supervision, defendant shall comply with national, state, and local public-health orders regarding COVID-19, including California's Executive Order N-33-20 (March 19, 2020) and, if applicable, the Los Angeles "Safer At Home" Order, Public Order Under City of Los Angeles Emergency Authority (March 19, 2020).

5.  The release shall be for a period of 90 days from date of release.

Michaels may apply for an extension no later than ten days before expiration of the 90 days.  Otherwise he is ordered to surrender to the United States Marshal's office at 411 W. 4th Street, Second Floor, Santa Ana, CA 92701.  The Court reserves the right to revoke this order in light of changed circumstances after notice to the parties.   All other bond conditions imposed previously, to the extent that they are not inconsistent with this order, shall remain in effect.

Released order to be signed by the Clerk forthwith..

DATED: March 27, 2020March 27, 2020March 27, 2020

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE