# EXHIBIT A



### Business Name Search

| New Search | Printer Friendly | Business Entity Data | | | 10-11-2020 16:46 |
|---|---|---|---|---|---|
| **Registry Nbr** | **Entity Type** | **Entity Status** | **Jurisdiction** | **Registry Date** | **Next Renewal Date** | **Renewal Due?** |

| **Registry Nbr** | **Entity Type** | **Entity Status** | **Jurisdiction** | **Registry Date** | **Next Renewal Date** | **Renewal Due?** |
|---|---|---|---|---|---|---|
| 689045-99 | DLLC | ACT | OREGON | 05-20-2010 | 05-20-2021 | |
| **Entity Name** | MINIMOTU, LLC | | | | | |
| **Foreign Name** | | | | | | |

| New Search | Printer Friendly | Associated Names |
|---|---|---|
| **Type** | PPB | PRINCIPAL PLACE OF BUSINESS | |
| **Addr 1** | 942 WINDEMERE DR. NW | | |
| **Addr 2** | | | |
| **CSZ** | SALEM | OR | 97304 | | **Country** | UNITED STATES OF AMERICA |

*Please click here for general information about registered agents and service of process.*

| **Type** | AGT | REGISTERED AGENT | | **Start Date** | 05-20-2010 | **Resign Date** | |
|---|---|---|---|---|---|---|---|
| **Of Record** | 008782-98 | PACIFIC REGISTERED AGENTS, INC. | | | | | |
| **Addr 1** | 942 WINDEMERE DR. NW | | | | | | |
| **Addr 2** | | | | | | | |
| **CSZ** | SALEM | OR | 97304 | 2722 | **Country** | UNITED STATES OF AMERICA |

| **Type** | MAL | MAILING ADDRESS | | | | |
|---|---|---|---|---|---|---|
| **Not of Record** | C/O STEPHENPAINE | | | | | |
| **Addr 1** | 23823 MALIBU RD #270 | | | | | |
| **Addr 2** | | | | | | |
| **CSZ** | MALIBU | CA | 90265 | | **Country** | UNITED STATES OF AMERICA |

| **Type** | MGR | MANAGER | | | **Resign Date** | |
|---|---|---|---|---|---|---|
| **Name** | STEPHEN | | PAINE | | | |
| **Addr 1** | 23823 MALIBU RD #270 | | | | | |
| **Addr 2** | | | | | | |
| **CSZ** | MALIBU | CA | 90265 | | **Country** | UNITED STATES OF AMERICA |

| New Search | Printer Friendly | Name History |
|---|---|---|

| **Business Entity Name** | **Name Type** | **Name Status** | **Start Date** | **End Date** |
|---|---|---|---|---|
| MINIMOTU, LLC | EN | CUR | 05-20-2010 | |

Please read before ordering Copies.

| New Search | Printer Friendly | Summary History |
|---|---|---|

| **Image Available** | **Action** | **Transaction Date** | **Effective Date** | **Status** | **Name/Agent Change** | **Dissolved By** |
|---|---|---|---|---|---|---|
| | ANNUAL REPORT PAYMENT | 05-18-2020 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 04-22-2019 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 05-15-2018 | | SYS | | |
| 📄 | AMENDED ANNUAL REPORT | 07-06-2017 | | FI | | |
| 📄 | AMENDED ANNUAL REPORT | 06-01-2016 | | FI | | |
| | ANNUAL REPORT PAYMENT | 04-21-2015 | | SYS | | |
| 📄 | REINSTATEMENT AMENDED | 02-06-2015 | | FI | | |
| | CHANGE OF REGISTERED | 03-28-2014 | | FI | | |

**EXHIBIT A**
**Page 20**

| | AGENT/ADDRESS | | | | | |
|---|---|---|---|---|---|---|
| | ADMINISTRATIVE DISSOLUTION | 07-19-2013 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 05-22-2012 | | SYS | | |
| | AMENDED ANNUAL REPORT | 05-04-2011 | | FI | | |
| | ARTICLES OF ORGANIZATION | 05-20-2010 | | FI | Agent | |

About Us | Announcements | Laws & Rules | Feedback
Policy | SOS Home | Oregon Blue Book | Oregon.gov

For comments or suggestions regarding the operation of this site,
please contact : corporation.division@state.or.us

© 2020  Oregon Secretary of State.  All Rights Reserved.

EXHIBIT A
Page 21