# EXHIBIT B



Yachting JOURNAL

Menu

Home Directory Login Sign Up

Directory Home/Search Boats Builders/Suppliers

Search boats by name, owner, builder

search

SEA RAY BOATS INC(x) • 40 - 41.9(x) • marina del rey, ca(x) • 1996(x) • **(1-2 of 2)** clear

# SEA RAY BOATS INC, 40-42 feet, in Marina Del Rey, Ca, 1996 year build Boats

SEA RAY BOATS INC(x) • 40 - 41.9(x) • marina del rey, ca(x) • 1996(x) • **(1-2 of 2)** clear

| Vessel Name | Year Build | Hull Length | Hailing Port | Owner | builder |
|---|---|---|---|---|---|
| BOAT | 1996 | 40.5 | MARINA DEL REY, CA | MINIMOTU LLC | SEA RAY BOATS INC |
| JEANNOT | 1996 | 40.6 | MARINA DEL REY, CA | JEANNOT NAHMIAS | SEA RAY BOATS INC |

No map needed

Refine Search

**Boat Lenght**

40.5 (1)
40.6 (1)

**Year Build**

1996 (2)

**Hailing Port**

MARINA DEL REY, CA (2)

**Manufacturer**

SEA RAY BOATS INC (2)

- Contact us
- Contributors
- Subscribe to E-News
- Terms and Conditions
- Copyright
- Privacy

- MarineLink.com
- MaritimeProfessional.com
- MaritineTechnologyNews.com
- WorldEnergyNews.com
- MaritimeJobs.com
- YachtingJournal.com

- Maritime Reporter Magazine
- Marine News Magazine
- Maritime Professional Magazine
- Marine Technology Magazine
- White Papers

10/11/2020 Boat Directory SEA RAY BOATS INC, 40-42 feet, in Marina Del Rey, Ca, 1996 year build

- MarineElectronics.com
- MaritimePropulsion.com
- YachtingJournal.com

 



Yachting JOURNAL

Menu
Home Directory Login Sign Up
Directory Home/Search Boats Builders/Suppliers

Boats Go

# BOAT

## Common

| | |
|---|---|
| **Year Build:** | 1996 |
| **Hailing Port:** | MARINA DEL REY, CA |

## Identification

| | |
|---|---|
| **Official Number:** | 1054238 |
| **Hull Number:** | SERP3359F697 |

## Dimensions

| | |
|---|---|
| **Hull Length:** | 40.5 feet ( 12.3 meters ) |
| **Hull Breadth:** | 14 feet ( 4.3 meters ) |
| **Hull Depth:** | 6.6 feet ( 2 meters ) |
| **Gross Tonnage:** | 25 |
| **Net Tonnage:** | 20 |

## Construction

| | |
|---|---|
| **builder:** | SEA RAY BOATS INC |
| **Hull Material:** | FRP (Fiberglass) |
| **Hull Shape:** | Ship |
| **Year Build:** | 1996 |

## Performance

### Similar boats

**Length**

40 - 41

**Year**

1995 - 1997

**Location**

CA

- Contact us
- Contributors
- Subscribe to E-News
- Terms and Conditions
- MarineLink.com
- MaritimeProfessional.com
- MaritineTechnologyNews.com
- WorldEnergyNews.com
- Maritime Reporter Magazine
- Marine News Magazine
- Maritime Professional Magazine
- Marine Technology Magazine

10/11/2020 BOAT 1996

- Copyright
- Privacy

- MaritimeJobs.com
- YachtingJournal.com
- MarineElectronics.com
- MaritimePropulsion.com
- YachtingJournal.com

- White Papers




EXHIBIT B
Page 26